IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Vanda Pharmaceuticals Inc.**
          *Plaintiff*

          *vs.*          Case No: 1:25-cv-00536-ACR

**Food and Drug Administration, et al.**
          *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate of Rule LCvR 26.1, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/24/2025 at 3:54 PM, I served United States Attorney's Office, District of Columbia at 601 D Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet, Certificate of Rule LCvR 26.1, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Complaint with Exhibits by serving Aquilla Alexander, Paralegal Specialist, authorized to accept service.

Aquilla Alexander is described herein as:

Gender: Female    Ethnicity: Black    Age: 39    Weight: 165    Height: 5'4"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/26/2025

*[signature]*

Michael Weaver

Client Ref Number: 108371-0022
Job #:12767379

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: